UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:26-cr-208-CEM-DCI-1**

**RAYNE LAMONT BROWNLEE, JR.**

**Defendant.**
_________________________________/

# ORDER

THIS CAUSE is before the Court on a Report and Recommendation ("R&R," Doc. 27) issued by the United States Magistrate Judge, recommending that the Court find Defendant competent to proceed to trial. After an independent *de novo* review of the record, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The R&R (Doc. 27) is **ADOPTED** and made a part of this Order; and
2. Defendant is competent to proceed to trial.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record